UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 5 2018

John Thompson,

　　　　　　　Petitioner,

　　　—v—

United States of America,

　　　　　　　Respondent.

16-CV-3468 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

　　　For the reasons set forth in the Court's January 5, 2018 Memorandum Opinion & Order, the Court adopts Magistrate Judge Fox's Report & Recommendation, Dkt. No. 21, in its entirety.

　　　SO ORDERED.

Dated: January ____, 2018
　　　　New York, New York

_____
ALISON J. NATHAN
United States District Judge

1